# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0149

VERSUS

ADRIAN STOGNER                                        **APRIL 4, 2024**

---

In Re:   Adrian Stogner, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         3507-F-2020.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a file-stamped copy of the application for postconviction
relief, the district court's ruling, thereon, the State's
response, if any, a complete copy of the **Boykin** transcript, the
bill of information, the commitment order, pertinent district
court minutes, or any other documentation that would support the
claims set out in the writ application. Supplementation of this
writ application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9. In the event relator elects to file a new
application with this court, he may do so without the necessity
of obtaining a return date. Any future filing on this issue
should include the entire contents of this application, the
missing items noted above, and a copy of this ruling.

                           **JEW**
                           **EW**
                           **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT